FIELDER AND JOHNSON PLLC

CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE

THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH
DEBTOR TO THE TRUSTEE AT THE TIME OF YOUR MEETING OF CREDITORS

Name: **LARRY SHANE GATLIN**

Case No. 12-09641-MH3-13

341 Date: February 5, 2013  1:00 pm

1. Is your current mailing address?  Yes _X_  No ___

   306 EISENHOWER DR, ASHLAND CITY, TN  37015

   Email address (if not above): _____

   If your address is not correctly listed, indicate your correct mailing address
   _____

2. What is your current phone number?
   Home phone: _615-792-4588_   Cell phone: _____

3. Do you have a domestic support obligation such as child support?  Yes ___  No _X_

   If yes, please provide the following:

   Claimant's name (person you owe): _____

   Address: _____

   Payment amount:  $ _____

   If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case?  Yes ___  No ___

4. Have you filed all required tax returns for the past four years?  Yes _X_  No ___

   Not required to file a tax return _____

   If no, why not and identify the specific years _____

5. Have you previously filed bankruptcy?  Yes _X_  No ___

   If yes, under what chapter did you file, when did you file, where did you file and state if you received a discharge?   _4-2003_

6. Are you currently employed at:  Yes _X_  No ___

   **LUMBERMANS WHOLESALE DISTRIBUTORS   ATTN PAYROLL 805 42ND AVENUE NORTH NASHVILLE, TN  37209**

| | |
|---|---|
| 7. If you have had a change in employment since filing your Chapter 13 case- | N/A |
| Name & address of new employer | |
| New monthly income amount | $ |
| How often are you paid ?   Weekly ____ Every two weeks ____ Semi-Monthly ____ Monthly ____ | |
| 8. Did you personally read and then sign the petition, schedules, statements and related documents? | Yes  X  No ____ |
| 9. Is the signature on the petition and the schedules your own? | Yes  X  No ____ |
| 10. Did you list everyone you owe money to in your schedules and statements? | Yes  X  No ____ |
| 11. Did you list everything you own in your schedules and statements? | Yes  X  No ____ |
| 12. Do you have a lawsuit or potential lawsuit against any person or company? | Yes ____ No  X |
| 13. Identify the attorney or other individual with whom you determined which chapter to file under. | Jennifer Johnson |
| Identify the attorney or other individual who assisted you in the preparation of your Chapter 13 plan. | Jennifer Johnson |

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT.

2-5-13
Date

_[signature]_
Debtor's Signature

**FIELDER AND JOHNSON PLLC**
Debtors Attorney

FIELDER AND JOHNSON PLLC

CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE

THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH
DEBTOR TO THE TRUSTEE AT THE TIME OF YOUR MEETING OF CREDITORS

Name: **LARRY SHANE GATLIN**

Case No. 12-09641-MH3-13

341 Date: December 4, 2012 1:00 pm

1. Is your current mailing address? Yes ✓ No ___

   306 EISENHOWER DR, ASHLAND CITY, TN 37015

   Email address (if not above): Shanegatlin@gmail.com

   If your address is not correctly listed, indicate your correct mailing address:

2. What is your current phone number?

   Home phone: ___  Cell phone: 615-792-4588

3. Do you have a domestic support obligation such as child support? Yes ___ No X

   If yes, please provide the following:

   Claimant's name (person you owe): ___

   Address: ___

   Payment amount: $___

   If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case? Yes ___ No ___

4. Have you filed all required tax returns for the past four years? Yes X No ___

   Not required to file a tax return ___

   If no, why not and identify the specific years:

5. Have you previously filed bankruptcy? Yes X No ___

   If yes, under what chapter did you file, when did you file, where did you file and state if you received a discharge? Chp 7 April 2003

6. Are you currently employed at: Yes X No ___

   LUMBERMANS WHOLESALE DISTRIBUTORS   ATTN PAYROLL 805 42ND AVENUE NORTH NASHVILLE, TN 37209

| | |
|---|---|
| 7. If you have had a change in employment since filing your Chapter 13 case- | no |

Name & address of new employer _____

New monthly income amount $_____

How often are you paid ?   Weekly ____  Every two weeks ____  Semi-Monthly ____  Monthly ____

| | | |
|---|---|---|
| 8. Did you personally read and then sign the petition, schedules, statements and related documents? | Yes X | No ___ |
| 9. Is the signature on the petition and the schedules your own? | Yes X | No ___ |
| 10. Did you list everyone you owe money to in your schedules and statements? | Yes X | No ___ |
| 11. Did you list everything you own in your schedules and statements? | Yes X | No ___ |
| 12. Do you have a lawsuit or potential lawsuit against any person or company? | Yes ___ | No X |

13. Identify the attorney or other individual with whom you determined which chapter to file under.   *Jennifer Johnson*

Identify the attorney or other individual who assisted you in the preparation of your Chapter 13 plan.   *Jennifer Johnson*

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT.

12/4/12
Date

*Larry Sha___*
Debtor's Signature

**FIELDER AND JOHNSON PLLC**
Debtors Attorney

FIELDER AND JOHNSON PLLC

# CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE

THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH DEBTOR TO THE TRUSTEE AT THE TIME OF YOUR MEETING OF CREDITORS

Name: **TAMMY JO GATLIN**

Case No. 12-09641-MH3-13
341 Date: February 5, 2013  1:00 pm

1. Is your current mailing address?   Yes ✓  No ___

   306 EISENHOWER DR, ASHLAND CITY, TN 37015

   Email address (if not above): _____

   If your address is not correctly listed, indicate your correct mailing address

2. What is your current phone number?

   Home phone: —    Cell phone: 615-566-0357

3. Do you have a domestic support obligation such as child support?   Yes ___  No ✓

   If yes, please provide the following:

   Claimant's name (person you owe): _____

   Address: _____

   Payment amount: $_____

   If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case?   Yes ___  No ___

4. Have you filed all required tax returns for the past four years?   Yes ✓  No ___

   Not required to file a tax return ___

   If no, why not and identify the specific years _____

5. Have you previously filed bankruptcy?   Yes ✓  No ___

   If yes, under what chapter did you file, when did you file, where did you file and state if you received a discharge?   4/2003

6. Are you currently employed at:   Yes ✓  No ___
   **CUMBERLAND HEIGHTS   ATTN: PAYROLL P O BOX 90727 NASHVILLE, TN 37209**

| | | |
|---|---|---|
| 7. If you have had a change in employment since filing your Chapter 13 case- | Yes ____ No ✓ | |
| New monthly income amount | $ _____ | |
| Name & address of new employer | _____ | |
| How often are you paid ? Weekly ____ Every two weeks ____ Semi-Monthly ____ Monthly ____ | | |
| 8. Did you personally read and then sign the petition, schedules, statements and related documents? | Yes ✓ No ____ |
| 9. Is the signature on the petition and the schedules your own? | Yes ✓ No ____ |
| 10. Did you list everyone you owe money to in your schedules and statements? | Yes ✓ No ____ |
| 11. Did you list everything you own in your schedules and statements? | Yes ✓ No ____ |
| 12. Do you have a lawsuit or potential lawsuit against any person or company? | Yes ____ No ✓ |
| 13. Identify the attorney or other individual with whom you determined which chapter to file under. | Jennifer Johnson |
| Identify the attorney or other individual who assisted you in the preparation of your Chapter 13 plan. | Jennifer Johnson |

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT.

_2/5/13_
Date

_Tammy Satten_
Debtor's Signature

**FIELDER AND JOHNSON PLLC**
Debtors Attorney

FIELDER AND JOHNSON PLLC

# CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE

THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH DEBTOR TO THE TRUSTEE AT THE TIME OF YOUR MEETING OF CREDITORS

Name: **TAMMY JO GATLIN**

Case No. 12-09641-MH3-13
341 Date: December 4, 2012  1:00 pm

1. Is your current mailing address?  Yes ✓  No ___

    306 EISENHOWER DR, ASHLAND CITY, TN 37015

    Email address (if not above): _tammy_gatlin@cumberlandheights.org_

    If your address is not correctly listed, indicate your correct mailing address:

2. What is your current phone number?

    Home phone: ___  Cell phone: 615-566-0357

3. Do you have a domestic support obligation such as child support?  Yes ___  No X

    If yes, please provide the following:

    Claimant's name (person you owe): ___

    Address: ___

    Payment amount: $ ___

    If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case?  Yes ___  No ___

4. Have you filed all required tax returns for the past four years?  Yes X  No ___

    Not required to file a tax return ___

    If no, why not and identify the specific years:

5. Have you previously filed bankruptcy?  Yes X  No ___

    If yes, under what chapter did you file, when did you file, where did you file and state if you received a discharge?   Chp 7  2003 - april

6. Are you currently employed at:  Yes X  No ___
   CUMBERLAND HEIGHTS  ATTN: PAYROLL P O BOX 90727 NASHVILLE, TN 37209

| | |
|---|---|
| 7. If you have had a change in employment since filing your Chapter 13 case- | Yes ___ No _X_ |
| New monthly income amount | $_____ |
| Name & address of new employer | _____ |
| How often are you paid ? | Weekly ___ Every two weeks ___ Semi-Monthly ___ Monthly ___ |

| | |
|---|---|
| 8. Did you personally read and then sign the petition, schedules, statements and related documents? | Yes _X_ No ___ |
| 9. Is the signature on the petition and the schedules your own? | Yes _X_ No ___ |
| 10. Did you list everyone you owe money to in your schedules and statements? | Yes _X_ No ___ |
| 11. Did you list everything you own in your schedules and statements? | Yes _X_ No ___ |
| 12. Do you have a lawsuit or potential lawsuit against any person or company? | Yes _XX_ *extra* No _X_ |
| 13. Identify the attorney or other individual with whom you determined which chapter to file under. | *Jennifer Johnson* |
| Identify the attorney or other individual who assisted you in the preparation of your Chapter 13 plan. | *Jennifer Johnson* |

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT.

_12/4/12_
Date

_[signature]_
Debtor's Signature

**FIELDER AND JOHNSON PLLC**
Debtors Attorney