UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE TENNESSEE DIVISION

In re:  
    LARRY SHANE GATLIN  
    TAMMY JO GATLIN  
    Debtor(s)

Case No. 12-09641-MH3-13

**Chapter 13 Trustee's Final Report and Account**

Henry E. Hildebrand, III, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/22/2012.

2) The plan was confirmed on 02/07/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/13/2014, 05/12/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 01/02/2018.

6) Number of months from filing to last payment: 62.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $76,145.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $156,150.00 |
| Less amount refunded to debtor | $3,096.18 |

**NET RECEIPTS:**              **$153,053.82**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,545.00 |
| Court Costs | $281.00 |
| Trustee Expenses & Compensation | $5,503.26 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**      **$9,329.26**

Attorney fees paid and disclosed by debtor:      $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADT | Unsecured | 197.90 | NA | NA | 0.00 | 0.00 |
| BELLE MEADE DERMATOLOGY | Unsecured | NA | 78.20 | 78.20 | 78.20 | 0.00 |
| CAPITAL ASSET RECOVERY LLC | Secured | 5,898.00 | 5,898.00 | 5,898.00 | 5,898.00 | 715.46 |
| CENTENNIAL MEDICAL CENTER | Unsecured | NA | 517.80 | 517.80 | 377.37 | 0.00 |
| CENTENNIAL MEDICAL CENTER | Unsecured | 2,935.15 | 2,417.35 | 2,417.35 | 1,761.76 | 0.00 |
| CORNERSTONE LAKEVIEW PEDS | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Unsecured | 1,458.00 | 2,299.36 | 2,299.36 | 1,675.77 | 0.00 |
| ECMC | Unsecured | 8,850.00 | 9,968.94 | 9,968.94 | 7,265.36 | 0.00 |
| EDSOUTH/WELLS FARGO BANK NA | Unsecured | 898.00 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE LLC | Secured | 17,385.00 | 17,187.66 | 17,187.66 | 17,187.66 | 1,389.80 |
| FRIST CLINIC #8178/HCA | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 3,128.00 | 3,128.07 | 3,128.07 | 2,279.74 | 0.00 |
| LANE BRYANT RETAIL SOA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| LAW OFFICES OF J PHILLIP JONES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NCO FIN/51 | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NELNET STUDENT LOAN TRUST | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NELNET STUDENT LOAN TRUST | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NELNET STUDENT LOAN TRUST | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL VII LLC | Unsecured | 2,697.00 | 2,681.42 | 2,681.42 | 1,954.22 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,013.00 | 1,426.72 | 1,426.72 | 1,039.79 | 0.00 |
| RADIOLOGY ALLIANCE | Unsecured | 175.58 | 175.58 | 0.00 | 0.00 | 0.00 |
| REGIONS BANK | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| SETON CORP DBA BAPTIST HOSPITAL | Unsecured | 4,576.51 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Secured | 1,202.00 | 1,144.24 | 200.00 | 200.00 | 2.48 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | NA | 0.00 | 944.24 | 688.16 | 0.00 |
| SUNCOAST SCHOOLS FCU | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SUNCOAST SCHOOLS FEDERAL CRE | Unsecured | 15,269.00 | 15,269.33 | 15,269.33 | 11,128.29 | 0.00 |
| SUNCOAST SCHOOLS FEDERAL CRE | Unsecured | 7,040.00 | 7,040.00 | 7,040.00 | 5,130.75 | 0.00 |
| TENNESSEE STUDENT ASST CORP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| THE FRIST CLINIC INC | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**             Case No.    12-09641

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| THE FRIST CLINIC INC | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Secured | 22,000.00 | 17,873.25 | 17,873.25 | 17,873.25 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Secured | NA | 130,656.63 | 65,828.64 | 65,828.64 | 0.00 |
| VANDERBILT IMAGING SVCS DAB HI | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |
| VANDERBILT MEDICAL GROUP | Unsecured | 1,714.96 | 900.25 | 900.25 | 656.10 | 0.00 |
| VANDERBILT MEDICAL GROUP | Unsecured | NA | 814.71 | 814.71 | 593.76 | 0.00 |
| VERIZON WIRELESS | Secured | NA | NA | NA | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $65,828.64 | $65,828.64 | $0.00 |
| Mortgage Arrearage | $17,873.25 | $17,873.25 | $0.00 |
| Debt Secured by Vehicle | $23,085.66 | $23,085.66 | $2,105.26 |
| All Other Secured | $200.00 | $200.00 | $2.48 |
| **TOTAL SECURED:** | **$106,987.55** | **$106,987.55** | **$2,107.74** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$47,486.39** | **$34,629.27** | **$0.00** |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $9,329.26 |
| Disbursements to Creditors | $143,724.56 |
| **TOTAL DISBURSEMENTS :** | **$153,053.82** |

UST Form 101-13-FR-S (9/1/2009)                           Case No.   12-09641

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/12/2018                     By: /s/ Henry E. Hildebrand, III
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.